JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOLINE CASTUERA,<br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, WINSOME TRADING INC. and DOES 1 to 20, Inclusive,<br>Defendants. | Case No. 2:13-cv-00002-RGK-RZ<br><br>**ORDER ON STIPULATION OF DISMISSAL** |

After considering the parties' stipulation of dismissal the court GRANTS the stipulation and dismisses the case without prejudice.

SIGNED on November 15, 2013

_____
Hon. R. Gary Klausner

-1-